IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALDOFO O'CON, | |
| Plaintiff, | |
| v. | 2:24-CV-32-Z-BV |
| BRADEN URQUHART and BRENNON ECKERT, | |
| Defendants. | |

## JUDGMENT

The Court **GRANTED** Defendants' Motion for Summary Judgment on all of Plaintiff's claims. This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

November 8, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE